UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

INDEPENDENT WHOLESALE, INC.,

Debtor.
_____/

Chapter   11

Case No. 6:06-bk-882-ABB

**ORDER APPROVING DEBTOR'S
APPLICATION FOR AUTHORIZATION TO EMPLOY CROSS,
FERNANDEZ & RILEY, LLP AS CERTIFIED PUBLIC ACCOUNTANTS**

THIS CASE came on for hearing on June 14, 2006 at 1:30 p.m. upon the Debtor's Application for Authorization to Employ Cross, Fernandez & Riley, LLP as Certified Public Accountants (the "Application") [Docket No. 19], the Affidavit and Financial Disclosure in Support of Debtor's Application for Authorization to Employ Cross, Fernandez & Riley, LLP as Certified Public Accountants (the "Affidavit") [Docket No. 20], and the Objection by United States Trustee to Debtor's Application to Employ Accountant (the "Trustee's Objection") [Docket No. 68].  Cross, Fernandez & Riley. LLP ("Cross, Fernandez") was owed money by the Debtor on the date the bankruptcy petition was filed and Cross, Fernandez has agreed to waive such pre-petition claim in connection with its employment.  The Affidavit, together with Cross, Fernandez's agreement to waive its pre-petition fees, establishes that Cross, Fernandez does not hold or represent an interest adverse to the bankruptcy estate and is disinterested.  No other party in interest or creditor objected to the Application.  It is therefore

ORDERED, ADJUDGED AND DECREED that:

1. The Application be, and the same hereby is, approved.

2. The Objection is overruled as moot.

3. The Debtor, in accordance with §327 of the Bankruptcy Code, is authorized to retain and employ Cross, Fernandez, nunc pro tunc to April 21, 2006, as its accountants in this case.

4. During the pendency of the case, any unearned retainer shall be deposited into a trust account.

5. Until October 9, 2006 Cross, Fernandez may bill against the retainer on a monthly basis for 100% of its costs and for 70% of its fees as they accrue without further order but subject to final review and approval by the Court.

6. The Court will conduct a status conference on October 18, 2006 at 10:00 a.m., at which time the Court will hear any applications for interim fees and reimbursement of expenses which have been timely filed and served in accordance with F.R.B.P. 2002.

7. Cross, Fernandez shall accept compensation from another source only if disclosed as required by F.R.B.P. 2016(b).

DONE AND ORDERED at Orlando, Florida, on July 25, 2006.

ARTHUR B. BRISKMAN
United States Bankruptcy Judge

Copies to:

Scott A. Stichter, Esquire
STICHTER, RIEDEL, BLAIN & PROSSER, P.A.
110 East Madison Street - Suite 200
Tampa, Florida 33602

Miriam G. Suarez, Esquire
OFFICE OF THE UNITED STATES TRUSTEE
135 West Central Boulevard - Suite 620
Orlando, Florida 32801

Mr. John R. Watson, Chair
INDEPENDENT WHOLESALE, INC.
2729 Hansrob Road
Orlando, Florida 32804

Mr. William Maloney, Chief Restructuring Officer
INDEPENDENT WHOLESALE, INC.
2729 Hansrob Road
Orlando, Florida 32804

James B. Cross, C.P.A.
CROSS, FERNANDEZ & RILEY, LLP
201 South Orange Avenue - Suite 950
Orlando, Florida 32801-3472
H:\User\Independent Wholesale\Pleadings\employ cpa (CROSS) order.doc 7/19/2006 11:32 AM