UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                          )
                                                )
INDEPENDENT WHOLESALE, INC.,                    )      Case No: 6:06-bk-00882-ABB
                                                )      Chapter 7
_____Debtor._____                             )

## ORDER AUTHORIZING EMPLOYMENT OF ATTORNEY

This case came on for consideration on the Application To Appoint Attorney ("Application") [Document No. 405]. The Court reviewed the Application and the Declaration Of Proposed Attorney [Document No. 406] and concludes that the attorney does not hold or represent an interest adverse to the estate and is a disinterested person within the meaning of Section 101(14) of the Bankruptcy Code. The Court further concludes that the attorney is qualified to represent the trustee and that the Court's authorization of the attorney's employment is in the best interest of the estate.

Based on the foregoing, it is

ORDERED as follows:

1. The Application is hereby GRANTED.

2. John Henry Meininger, III and the law firm of Meininger & Meininger, P.A. are approved as attorney for the trustee in this case.

3. Compensation will be determined later in accordance with the provision of

Section 330 of the Bankruptcy Code.

4. No payment whatsoever shall be made to the attorney absent application and order.

DONE and ORDERED in Orlando, Florida, this 18th day of July, 2008

ARTHUR B. BRISKMAN
United States Bankruptcy Judge

Copies Furnished Via BNC to:

Emerson C. Noble, Trustee, Post Office Box 2968, Winter Park, FL 32790-2968

John Henry Meininger, III, Esquire, Meininger & Meininger, P.A., Post Office Box 1946, Orlando, FL 32802-1946

United States Trustee's Office, 135 West Central Blvd., Suite 630, Orlando, FL 32801

Scott A. Stichter, Esquire, Stichter, Reidel, Blain & Prosser, 110 East Madison Street, Suite 200, Tampa, FL 33602-4700

Independent Wholesale, Inc., c/o Officer, Managing or General Agent, 2729 Handrob Road, Orlando, FL 32804